UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Case No. 09-C-0667

CLAUDIA LAABS,
    Plaintiff(s),

v.

BARCLAYS BANK DELEWARE, et al.,
    Defendant(s).
_____/

ORDER DISMISSING ALL CLAIMS BY & AGAINST BARCLAYS BANK DELAWARE WITH PREJUDICE

THIS CAUSE having come before the Court on the parties' Stipulation to Dismiss All Claims Against Defendant Barclays Bank Delaware With Prejudice, and the Court being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED, as follows:

1. All claims pending against Defendant, Barclays Bank Delaware, in this action are dismissed with prejudice on the stipulation of the parties;

2. There being no other claims pending by or against Defendant Barclays Bank Delaware in this action Defendant Barclays Bank Delaware is dismissed and relieved from further appearing in this action as a party; and

3. No party is entitled to costs or attorneys' fees from the other by reason of this dismissal.

DONE AND ORDERED in chambers at Milwaukee, Wisconsin, this 17th day of December 2010.

/s_____
LYNN ADELMAN
United States District Court Judge